**Exhibit A to the Complaint**

**Location:** Manchester, CT  
**Total Works Infringed:** 36

**IP Address:** 70.172.213.70  
**ISP:** Cox Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 340388F38581DF5E919342C8EBB209978EEA9633 | 01/31/2019 01:15:47 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 2 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 01/29/2019 00:05:08 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 3 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/16/2019 21:12:57 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 4 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | 01/25/2019 00:49:17 | Blacked | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 5 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 01/07/2019 00:36:09 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 6 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 01/26/2019 19:17:30 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 7 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 01/25/2019 00:46:28 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 8 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | 02/01/2019 00:27:38 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 9 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | 01/29/2019 00:02:53 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 10 | 3323AD5021933A353E77806D1FECE58685BF2A13 | 01/25/2019 00:46:36 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 11 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | 01/29/2019 00:02:46 | Blacked Raw | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 12 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | 01/20/2019 04:32:04 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 13 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | 01/25/2019 01:07:29 | Blacked Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 14 | 46008F270CD49FF19391341B7014BF9549387B91 | 01/25/2019 00:57:43 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 15 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | 01/25/2019 00:52:13 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 16 | 524F82340C2DB6CDF1DD292204ADAF0F98672DC8 | 11/20/2018 03:27:04 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 17 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | 01/25/2019 00:58:00 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 01/28/2019 13:18:17 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 19 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | 01/26/2019 19:30:37 | Blacked Raw | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 20 | 64D40092B3D528552372E59E9627B7D57E83B443 | 02/01/2019 00:23:12 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 21 | 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E | 01/26/2019 19:17:17 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 22 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 01/28/2019 13:19:13 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 23 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 01/29/2019 00:08:26 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 24 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | 01/29/2019 00:03:40 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 25 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | 11/30/2018 22:03:39 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 26 | A25F0F8A58F9E53C1BF9249E70F2C692B76AE904 | 01/28/2019 13:16:32 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 27 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | 01/02/2019 22:27:35 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 28 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | 01/26/2019 05:17:10 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 29 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | 01/29/2019 00:08:15 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 30 | D4130E59A4F7FAA536754AB19E46653D45AA46FF | 02/14/2019 12:16:45 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 31 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | 01/25/2019 01:03:41 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 32 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 01/25/2019 00:54:03 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 33 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | 01/25/2019 00:45:27 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 34 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | 10/28/2018 16:07:35 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 35 | F490D50E48B78E440D3B407F74E102774F2A605A | 02/14/2019 12:18:11 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 36 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 01/29/2019 00:04:55 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |